**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Helene Tracy Reason | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-11888-mdc |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 7/21/2022, this case is hereby DISMISSED.

September 3, 2022

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:   Chapter 13 Income Form 122C-1
                                     Chapter 13 Plan
                                     Credit Counseling Certificate
                                     Proper Form of Petition
                                     Schedules A/B-J
                                     Statement of Financial Affairs
                                     Summary of Assets & Liabilities B106
                                     Means Test Calculation 122C-2

bfmisdoc